SEALED



BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14 CR 00079 AWI BAM |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| ROBERT LOPEZ III, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 17, 2014, charging the above defendant with a violation of 18 U.S.C. § 922(g)(1)-Prohibited Person in Possession of a Firearm and a Criminal Forfeiture count be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or

1  any warrant issued pursuant thereto, except when necessary for the
2  issuance and execution of the warrant.
3  DATED: April 17, 2014                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By    /s/
                                        MELANIE L. ALSWORTH
                                        Assistant U.S. Attorney


   IT IS SO ORDERED.

Dated:  April 17, 2014                  _____
                                        U.S. Magistrate Judge

Motion to Seal Indictment                       2