**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, ROBERT LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT LOPEZ, III,<br><br>    Defendant. | Case No. 1:14-cr-00079<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON<br><br>Judge: Hon. Barbara A. McAuliffe<br><br>Status Conference: August 25, 2014<br>Time:  1:00 p.m.<br>Courtroom: 3 |

    Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Robert Lopez, III, having been advised of his right to be present at all stages of the proceedings, hereby requests that this court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Roger S. Bonakdar of the Bonakdar Law Firm, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.

    Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

    Specifically, Defendant requests that the Court waive his personal appearance at the Second Status Conference scheduled for August 25, 2014, at 1:00 p.m., before Magistrate Judge McAuliffe.

    Defendant makes this request because he has accepted a temp-to-hire position working as a fork lift driver for the John Deere company.  Defendant is expected to report to work during

the week of August 18, 2014. The John Deere facility that Defendant will be working for is located in Modesto, California and Defendant's hours will be Monday through Friday from 7:00 a.m. to 4:0 p.m.  Defendant is guaranteed work up to and including December 20, 2014. Further, this opportunity may turn into a permanent job position with John Deere Company if the company is pleased with Defendant's performance.  Therefore, Defendant would not be available to personally appear at the August 25, 2014, Second Status Conference.

Defendant's Pretrial Services Officer has reported that Defendant has been doing well under supervision.  Therefore, Defendant would like to take this job opportunity as a forklift driver for John Deere, and respectfully requests that the Court waive his appearance at this appearance, and any other appearances that the Court may permit.

Respectfully submitted,

DATED: August 13, 2014            BONAKDAR LAW FIRM

/s/  Roger S. Bonakdar
ROGER S. BONAKDAR
Attorneys for Defendant
ROBERT LOPEZ, III


DATED: August 13, 2014            /s/ Robert Lopez, III
ROBERT LOPEZ, III


**O R D E R**

Good cause appearing, **IT IS ORDERED that Defendant's appearance at the August 25, 2014, Second Status Conference is hereby waived.**

IT IS HEREBY FURTHER ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **August 14, 2014**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE