**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, ROBERT LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.  1:14-cr-00079 |
|                             ) |  |
|          Plaintiff,         ) | ORDER VACATING APRIL 10, 2015, |
|                             ) | EMPLOYMENT STATUS CONFERENCE |
| vs.                         ) |  |
|                             ) |  |
| ROBERT LOPEZ, III,          ) |  |
|                             ) | Status Conference: April 10, 2015 |
|          Defendant.         ) | Time:  1:30 p.m. |
|                             ) | Courtroom: 9 |

Whereas, a Status Hearing Regarding Defendant's Employment has been placed on this Court's docket for April 10, 2015, at 1:30 p.m.

Whereas, Defendant's Pretrial Services Officer has reported that Defendant has secured gainful employment, and his conditions of release have been modified to accommodate Defendant's hours regarding his new employment.

Good cause appearing, IT IS ORDERED that the Status Hearing Re Employment, on this Court's docket for April 10, 2015, at 1:30 p.m., in Department 9, is hereby VACATED.

IT IS SO ORDERED.

Dated:  __**April 9, 2015**__                         _____
                                                       UNITED STATES MAGISTRATE JUDGE

-1-