**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, ROBERT LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERT LOPEZ, III,<br><br>  Defendant. | Case No.  1:14-cr-00079-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Judge: Hon. Anthony W. Ishii<br>Sentencing Hearing: June 8, 2015<br>Time:  10:00 a.m.<br>Courtroom: 2 |

   WHEREAS the Sentencing Hearing has been scheduled in this matter for June 8, 2015;

   WHEREAS Roger S. Bonakdar, counsel for Defendant Robert Lopez, is scheduled for a civil trial before the Fresno County Superior Court in Case No. 13CECL08945 (*Avtar Kaur v. Ronald Vogel*) commencing June 8, 2015.

   WHEREAS in light of the aforementioned conflict, counsel for Defendant requests a continuance of the Sentencing Hearing scheduled for June 8, 2015.

   THEREFORE, IT IS STIPULATED by and between the parties that the June 8, 2015, sentencing hearing be continued to June 22, 2015, at 10:00 a.m., in Courtroom No. 2.

THEREFORE, IT IS FURTHER STIPULATED that the deadline for Defendant to file his Sentencing Memorandum shall be extended to coincide with the continued Sentencing Hearing date.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original.  In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Date:  June 1, 2015                              BONAKDAR LAW FIRM

/S/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant,
Manuel Villarreal


Date:  June 1, 2015                              UNITED STATES ATTORNEY


/s/ Melanie Alsworth
Melanie Alsworth
Assistant United State's Attorney

ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the June 8, 2015, sentencing hearing is hereby continued to June 22, 2015.

IT IS FURTHER ORDERED that the deadline for Defendant to file his Sentencing Memorandum shall be extended to coincide with the continued Sentencing Hearing date of June 22, 2015.

IT IS SO ORDERED.

Dated:   June 2, 2015                              _____
                                                               SENIOR DISTRICT JUDGE